

# NUMBER 13-25-00230-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DEEP BLUE WATER TRUST,                                       **Appellant,**

**v.**

NUECES COUNTY AND
CITY OF CORPUS CHRISTI,                               **Appellees.**

## ON APPEAL FROM THE 28TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca
Memorandum Opinion by Chief Justice Tijerina**

On April 23, 2025, appellant filed a notice of appeal. On April 30, 2025, the Clerk of the Court notified appellant the notice of appeal did not comply with Texas Rule of Appellate Procedure 9.5. *See* TEX. R. APP. P. 9.5. Appellant was further notified that it appeared they were appearing without counsel and that only an attorney may represent

a party other than oneself. *See Kunstoplast of Am. V. Formosa Plastics Corp., USA,* 937 S.W.2d 455, 456(Tex. 1996). Appellant was provided thirty days to cure the defects in the notice of appeal and was instructed to obtain counsel and have counsel file an appearance in the matter on or before May 12, 2025.

On May 27, 2025, appellant filed a notice of compliance; however, the notice did not contain a notice or appearance of counsel, nor did it cure the defect in the notice of appeal. After review of the notice of compliance, on May 29, 2025, the Clerk of the Court again notified appellant of the defect in the notice of appeal and again instructed appellant to obtain counsel and have them file an appearance. Appellant was further notified that if the defect was not corrected or the instruction not followed within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

Texas Rule of Appellate Procedure 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *Id.* We are of the opinion that appellant has both failed to cure the defect and failed to obtain counsel as instructed. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b)(c).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
10th day of July, 2025.

2